28205. STAFFORD *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of possessing whisky on which the State tax had not been paid. The verdict was authorized by the evidence, and neither of the two special grounds of the motion for new trial shows cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 11, 1940.

*W. E. & W. G. Mann,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.